LURI, APPELLEE AND APPELLANT/CROSS-APPELLEE, *v.* REPUBLIC SERVICES,

INC. ET AL., APPELLANTS AND APPELLEES/CROSS-APPELLANTS.

[Cite as *Luri v. Republic Servs., Inc.,* 132 Ohio St.3d 316, 2012-Ohio-2914.]

*Court of appeals' judgment reversed and cause remanded for application of*
Havel v. Villa St. Joseph.

(Nos. 2011-1097 and 2011-1120—Submitted June 19, 2012—Decided

July 3, 2012.)

APPEAL and CROSS-APPEAL from and CERTIFIED by the Court of Appeals for

Cuyahoga County, No. 94908, 193 Ohio App.3d 682, 2011-Ohio-2389.

_____

**Per Curiam.**

**{¶ 1}** The certified question in case No. 2011-1097 is answered in the
negative, and the cross-appellants' first proposition of law in case No. 2011-1120
is sustained. Appellant's discretionary appeal in case No. 2011-1120 is moot.
The judgment of the court of appeals is reversed, and the cause is remanded for
application of *Havel v. Villa St. Joseph*, 131 Ohio St.3d 235, 2012-Ohio-552, 963
N.E.2d 1270.

Judgment reversed

and cause remanded.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL,
LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Tucker, Ellis & West, L.L.P., Irene C. Keyse-Walker, and Benjamin C.
Sassé, for appellee in case No. 2011-1097 and for appellant and cross-appellee in
case No. 2011-1120.

Squire, Sanders & Dempsey, L.L.P., Robin G. Weaver, Stephen P. Anway, and Trevor G. Covey, for appellants in case No. 2011-1097 and for appellees and cross-appellants in case No. 2011-1120.

_____